# Court of Appeals
# of the State of Georgia

ATLANTA, January 28, 2020

*The Court of Appeals hereby passes the following order:*

**A19A1882. REEVES v. THE STATE.**

On March 28, 2019, this Court granted Malcolm Jamal Reeves's applications for discretionary appeal of the trial court's order revoking his probation. Thereafter, Reeves filed a timely notice of appeal. After careful review of the record in this case, we conclude that the applications for discretionary appeal were improvidently granted, and it is ordered that this appeal is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta, 01/28/2020*
  *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
  *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____, *Clerk.*